U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 3 0 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BECKY LIVINGS BAILEY | *CIVIL NO. 6:14-2546 |
| VERSUS | *JUDGE DOHERTY |
| OAKBOURNE COUNTRY CLUB, INC., ET AL. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the defendants' Motion to Dismiss [rec. doc. 14] is **granted** and, accordingly, this lawsuit is **dismissed with prejudice**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 30th day of July, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE